UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY HALL and ESTELLE B. HALL, ) ) Plaintiffs, ) ) v. ) ) ) TORT CLAIMS COORDINATOR, USPS ) GREENSBORO DISTRICT, ) Defendant. ) | **JUDGMENT** 5:21-CV-442-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 3, 2022 and for the reasons set forth more specifically therein, that this action is DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on February 3, 2022, and Copies To:**
Timothy Hall (via CM/ECF Notice of Electronic Filing)
Estelle B. Hall (via US Mail) 5412 Neuse View Drive, Raleigh, NC 27610-1523

February 3, 2022            PETER A. MOORE, JR., CLERK

                            /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk